**Alonzo Israel VALENZUELA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–73333.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 11, 2011.

Filed Jan. 31, 2012.

Robert Francis Jacobs, Esquire, Jacobs & Vega, PLC, Santa Fe Springs, CA, for Petitioner.

Carol Federighi, Esquire, Senior Litigation Counsel, Ilissa M. Gould, Trial, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: TASHIMA and FISHER, Circuit Judges, and WOLF, District Judge.[*]

### ORDER[**]

The government's unopposed motion for remand is granted so that the Board of Immigration Appeals ("BIA") can reconsider its July 2, 2008, decision denying petitioner's application for a waiver under former § 212(c) of the Immigration and Nationality Act, in light of *Judulang v. Holder,* —— U.S. ——, 132 S.Ct. 476, 181 L.Ed.2d 449 (2011). The memorandum disposition filed March 15, 2011, 421 Fed. Appx. 745, is vacated. Petitioner's petition for panel rehearing and rehearing en banc is denied, as moot.

**REMANDED** to the BIA. No costs.

---

[*] The Honorable Mark L. Wolf, Chief United States District Judge for the District of Massachusetts, sitting by designation.

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.